UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GARY LABARBERA, and FRANK FINKEL as :
Trustees of Local 282 International Brotherhood of :
Teamsters Welfare, Pension, Annuity, Job Training :
and Vacation Sick Leave Trust Funds, : **ORDER ADOPTING**
: **REPORT AND**
Plaintiffs, : **RECOMMENDATION**
:
-against- : 06-CV-1371 (DLI) (JMA)
:
DAVID LIEPPER & SONS, INC. and :
D.A.G. FLOORS, INC., :
:
Defendants. :
-----------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

It appearing that no objections have been filed to the Report and Recommendation of the Honorable Joan M. Azrack, U.S.M.J., dated July 7, 2006; and

Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

ORDERED that judgment is entered against defendants, jointly and severally, in the sum of $4,867.95, reflecting $560.00 for unpaid contributions, $78.44 in interest, $373.80 in liquidated damages, and $3,855.71 for attorney's fees and costs. It is further

ORDERED that plaintiff's request for injunctive relief is denied.

DATED: Brooklyn, New York
August 25, 2006

_____/s/_____
DORA L. IRIZARRY
United States District Judge