UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
GARY LA BARBERA, and FRANK FINKEL as
Trustees of Local 282 International Brotherhood of
Teamsters Welfare, Pension, Annuity, Job Training
and Vacation Sick Leave Trust Funds,

                Plaintiffs

-against-

DAVID LIEPPER & SONS, INC. and
D.A.G. FLOORS, INC.,

                Defendants.
---------------------------------------------------------------X

JUDGMENT
06-CV-1371 (DLI)

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on August 25, 2006, adopting the Report and Recommendation of Magistrate Judge Joan M. Azrack, dated July 7, 2006; directing the Clerk of Court to enter judgment against defendants, jointly and severally, in the sum of $4,867.95, reflecting $560.00 for unpaid contributions, $78.44 in interest, $373.80 in liquidated damages, and $3,855.71 for attorneys' fees and costs; and denying plaintiffs' request for injunctive relief; it is


JUDGMENT
06-CV-1371 (DLI)

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Joan M. Azrack is adopted; that judgment is hereby entered in favor of plaintiffs, Gary La Barbera, and Frank Finkel as Trustees of Local 282 International Brotherhood of Teamsters Welfare, Pension, Annuity, Job Training and Vacation Sick Leave Trust Funds, and against defendants, David Liepper & Sons, Inc., and D.A.G. Floors, Inc., jointly and severally, in the sum of $4,867.95, reflecting $560.00 for unpaid contributions, $78.44 in interest, $373.80 in liquidated damages, and $3,855.71 for attorneys' fees and costs; and that plaintiffs' request for injunctive relief is denied.


Dated: Brooklyn, New York
       August 28, 2006

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court